LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

November 18, 2021

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

        Re:  United States v. Roberto Candelario
            21 CR 548 (JPO)

Dear Judge Oetken:

    By this letter motion, the Defendant requests that the conference in this matter scheduled for November 22, 2021 be adjourned approximately 30 days to a date that is convenient to the Court. The Government consents to the request.

    The defense has received the bulk of the discovery and is in the process of reviewing it, a process that is still ongoing. In addition, the parties expect to be discussing potential resolutions of the matter, and the adjournment will permit those discussions to continue.

    Accordingly, the defense respectfully requests that the matter be adjourned and that adjournment period be excluded from computation under the Speedy Trial Act because "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

Very truly yours,

David Wikstrom

---

Granted.  The November 22, 2021 pretrial conference is adjourned to December 21, 2021 at 3:15 pm.  The Court hereby excludes time through December 21, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:  November 18, 2021

_____
J. PAUL OETKEN
United States District Judge