LAW OFFICES
# David Wikstrom
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

March 24, 2022

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

      Re:  United States v. Roberto Candelario
           21 CR 548 (JPO)

Dear Judge Oetken:

      By this letter motion, the Defendant requests that the conference in this matter scheduled for March 29, 2022 be adjourned approximately 30 days to a date that is convenient to the Court. The Government consents to the request.

      Discovery is nearly, but not quite, complete. At my request the Government is obtaining NYPD materials, including photographs, that impact directly upon the discovery of the shell casing that is the subject of the charges in the case. We are working diligently toward resolution of the outstanding issues, though without success to date. In addition, after discovery is complete the parties expect to be discussing potential resolutions of the matter, and the adjournment will permit those discussions to continue.

      Accordingly, the defense respectfully requests that the matter be adjourned and that adjournment period be excluded from computation under the Speedy Trial Act because "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

Very truly yours,

*David Wikstrom* (signature)

David Wikstrom

> Granted.  The March 29, 2022 pretrial conference is adjourned to April 28, 2022, at 12:30 pm.  The Court hereby excludes time through April 28, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  March 25, 2022

_____
J. PAUL OETKEN
United States District Judge