LAW OFFICES
# David Wikstrom
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

April 30, 2022

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

       Re:  <u>United States v. Roberto Candelario</u>
            21 CR 548 (JPO)

Dear Judge Oetken:

    By this letter motion, I respectfully move to be relieved as counsel to the Defendant, Robert Candelario.

    I was appointed to represent Mr. Candelario on September 7, 2021. Yesterday I learned that Mr. Candelario had retained B. Alan Seidler, Esq., to represent him. Mr. Seidler filed his Notice of Appearance yesterday. I have been in communication with Mr. Seidler, and have already provided him with all of the discovery that I've received from the Government to date.

    Accordingly, I respectfully move to be relieved as counsel to Mr. Candelario.

Sincerely,

David Wikstrom

> Granted. CJA Attorney David Wikstrom is hereby relieved as counsel for the defendant.
> So ordered.
> May 2, 2022

_____
J. PAUL OETKEN
United States District Judge