LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

May 16, 2022

Hon. J. Paul Oetken
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF

re: USA v. Candelario, #21 cr 548 (JPO)

Dear Judge Oetken;

    I write to request the Court schedule a bail application for Candelario. May 24, or 26th are good dates for me, but May 23, and 27, I am not available. Also, when I spoke with AUSA Hobson did not believe a pretrial report was ever done for Candelario.
    Thank you.

Respectfully,

B. Alan Seidler

> Granted.
> A bail hearing is scheduled for May 31, 2022, at 3:00 pm.
> So ordered.
> 5/19/2022

_____
J. PAUL OETKEN
United States District Judge