LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

January 2, 2023

Hon. J. Paul Oetken
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF

re: USA v. Candelario, #21 cr 548 (JPO)

Dear Judge Oetken;

      With the consent of the Government by AUSA Hobson, defendant requests an approximate 3 week adjournment of the January 6th conference, and defendant agrees to exclude time during the interim period. Candelario has not yet received from the MDC the case videos mailed to him by the Government.
      Thank you.

Respectfully,

B. Alan Seidler

---

Granted.  The January 6, 2023 pretrial conference is adjourned to January 27, 2023 at 11:30 am.  The Court hereby excludes time through January 27, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
  January 3, 2023

---

J. PAUL OETKEN
United States District Judge