

April 18, 2025

**VIA CM/ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Robert Candelario*, 21 Cr. 548

Dear Judge Oetken:

    I am counsel to Robert Candelario in the above-referenced action. I write to request a modification of the conditions of his release. Specifically, I am requesting that the Court order that Mr. Candelario be placed on home curfew supervision.

    Mr. Candelario is generally doing well. He continues to work with his psychotherapist, Allison Abrams. We ask the Court to order home curfew supervision, which would permit Mr. Candelario to leave his residence on a schedule set in advance by Pretrial Services. This would allow him to participate in certain approved social activities, such as taking his daughter out to dinner or to a movie. Pretrial Services supports this request, and the government has no objection.

    Mr. Candelario has been working with Ms. Abrams since his release in September 2024 and has shown significant progress. Ms. Abrams reports that he consistently meets expectations during sessions and remains fully engaged in the therapeutic process, and recommends this modification to address his symptoms of anxiety and depression. This Court has previously allowed modifications to his home confinement and has indicated a zero-tolerance policy for any violations of the conditions of release. This progressive approach appears effective for Mr. Candelario, enabling him to address his symptoms while allowing the Court to maintain oversight as he awaits sentencing. We are hopeful that the Court will support this next step in his progress, reinforcing his positive developments over the past seven months.

    I thank the Court in advance for its consideration of this matter.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com

Respectfully,

/s/

Dawn M. Cardi

cc: all counsel via ECF

> Granted.
> The bail condition of home confinement is hereby changed to home curfew supervision.
>   So ordered.
>   4/24/2025

_____
J. PAUL OETKEN
United States District Judge