CARDI & EDGAR LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

August 20, 2026

**VIA ECF**
Hon. J. Paul Oetken
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 706
40 Foley Square
New York, New York 10007
Telephone: (212) 805-0226
Email: oetkennysdchambers@nysd.uscourts.gov

Re: USA v. Candelario
*Docket No.: 1-21-CR-00548-1-JPO*

Dear Judge Oetken:

Given the prolonged pendency of this matter and the substantial time and resources expended to date, I am writing to request your permission to file interim vouchers in the matter of USA v. Candelario docket number 1:21-CR-00548-1-JPO where I represent Roberto Candelario.

Your consideration is much appreciated.

Granted
So ordered.
8/212026

Respectfully requested,

Dawn M. Cardi

J. PAUL OETKEN
United States District Judge